**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-1823

ARTHUR HILL,

Plaintiff – Appellant,

v.

EQUIFAX INFORMATION SERVICES, LLC,

Defendant - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. William L. Osteen, Jr., Chief District Judge. (1:11-cv-00107-WO-LPA)

Submitted: August 29, 2013          Decided: September 3, 2013

Before DUNCAN, AGEE, and, KEENAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Arthur Hill, Appellant Pro Se. Keasha Ann Broussard, Barry Goheen, KING & SPALDING, LLP, Atlanta, Georgia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arthur Hill seeks to appeal the district court's order denying Hill's motion to vacate various text orders, to exclude a witness declaration, objecting to the magistrate judge's order denying Hill leave to amend, objecting to and seeking reconsideration of the magistrate judge's order granting the Defendant's motion to extend page limits, and Hill's motion to disqualify the district court judge. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Hill seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED